# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CHARLIE HALL

**WARRANT FOR ARREST**

CASE NUMBER **00-6311**

CR-HUCK  MAGISTRATE JUDGE BROWN

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHARLIE HALL__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) __841, 846__
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/31/00   FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER    _[signature]_
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

