# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR **00-6311**
    Plaintiff )  **CR-HUCK**
    -vs- )  REPORT COMMENCING CRIMINAL ACTION
**Charlie Hall** )
    Defendant )  **6063.004**

**************************************

TO: CLERK'S OFFICE    **MIAMI**    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT      (circle one)

FILED by _____ D.C.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

**************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: **5:45 A.M., 11/5/00** a.m./p.m.

(2) LANGUAGE(S) SPOKEN: **ENGLISH**

(3) OFFENSE(S) CHARGED: **Conspiracy 18 USC 1841**

(4) UNITED STATES CITIZEN: (✓)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: **3/31/34**

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: **04**
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [✓]YES [ ]NO

AMOUNT OF BOND: $ **500,000.**    WHO SET BOND? **Bush**

(7) REMARKS: _____

(8) DATE: **11/5/00**    (9) ARRESTING OFFICER **W. Bowers**

(10) AGENCY **US Customs Serv** (11) PHONE # **954-356-7383, #138**

(12) COMMENTS _____

18/A