UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-Huck

UNITED STATES OF AMERICA,

v.

Charlie Hall

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

FILED by _____ D.C.
MAG. SEC.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

COMES NOW __Larry R. Handfield__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents necessary to collateralize any personal surety bond which may be set.**

Counsel's Name (Printed) __Larry R. Handfield__

Counsel's Signature __[signature]__

Address __4770 Biscayne Blvd Suite 1200__
__Miami, Fl. 33137__ ZIP CODE:

Telephone __(305) 576-1011__

20/w