# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CHARLIE HALL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR - HUCK  MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHARLIE HALL**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

FILED by _____ D.C.
DKTG
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

10/31/00   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA  by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at 0545 A.M., 11/5/00, at residence 2120 NW 111st, Miami, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/5/00 | INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | _[signature]_ INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL |

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CHARLIE HALL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR-HUCK   MAGISTRATE JUDGE BROWN

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHARLIE HALL

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer | Title of Issuing Officer

Signature of Issuing Officer | 10/31/00   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |