# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  520421

UNITED STATES OF AMERICA

V.

CHARLIE HALL

**WARRANT FOR ARREST**

CASE NUMBER 00-6311

CR-HUCK  MAGISTRATE JUDGE BROWN

RECEIVED
UNITED STATES MARSHAL
2000 OCT 31 PM 4:06
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CHARLIE HALL
                                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics distribution conspiracy; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

/s/ Penny Butler
Signature of Issuing Officer

10/31/00   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $500,000 CORP. SURETY BOND W/NEBBIA

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____<br>Miami, FL |

| DATE RECEIVED<br>10/31/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>Edward Purchase SDUSM |
|---|---|---|
| DATE OF ARREST<br>11/5/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest