UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLIE HALL,

        Defendant,    /



FILED by _____ D.C.
MAG. SEC.

NOV 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

### NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW the undersigned attorney, **LARRY R. HANDFIELD, ESQ.**, and hereby files this his Notice of Appearance as Counsel of Record for the Defendant, **CHARLIE HALL**. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the Defendant is presently charges in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and the Special Rules of Governing the Admission and Practice of Attorneys.

Counsel acknowledged responsibility to advise the Defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the Defendant, and the pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

I, HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail to: Michael J. Dittoe and Jeffery H. Sloman, AUSA's, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132 on this 14th day of November, 2000.

Respectfully submitted,

_____
**LARRY R. HANDFIELD, ESQ.**
**Florida Bar No. 330590**
4770 Biscayne Boulevard, Suite 1200
Miami, Florida, 33137
(305) 576-1011

