UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6311-CR-HUCK

UNITED STATES OF AMERICA,

vs.

**ARRAIGNMENT INFORMATION SHEET**

CHARLES HALL
          Defendant.

Jail No : 66563-004

Language: English

The above-named Defendant appeared before **Magistrate Judge,ROBERT L. DUBE'** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

FILED by _____ D.C.
MAG. SEC
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. MIAMI

**Defendant:**  Address:    IN JAIL

Tel. No:

**Defense Counsel:**  Name : Larry Handfield

Address: 4770 Biscayne Blvd #1200 Miami, FL 33137

Tel. No: 305-530-7000

**Bond Set/Continued:** $50,000 CSB/NEBBIA, $300,000 PSB

Dated this 15th day of NOVEMBER, 2000.

CLARENCE MADDOX, CLERK

BY   NANCY J. FLOOD
      Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00H 45
DIGITAL START NO. 2368

