UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 NOV 29 PM 1:01

CASE NO. 00-6311-CR-HUCK-BROWN

CL... ...DOX
CLERK U.S DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, **CHARLIE HALL**, by and through his undersigned attorney and hereby moves this Court for permission to travel outside the jurisdiction of Miami-Dade County and states the following as grounds thereof:

1. The Defendant is currently released on bond and is not permitted to travel outside of this jurisdiction without the permission of this Court.

2. The Defendant is requesting permission to travel to Tifton, Georgia for a family emergency departing Miami-Dade County on Saturday, December 2, 2000 and returning on Saturday, December 9, 2000.

3. That the undersigned has contacted Michael Dittoe, AUSA and he does not oppose the granting of this motion.

WHEREFORE, the Defendant requests permission to travel outside the jurisdiction of Miami-Dade County to Tifton, Georgia.

I, HEREBY CERTIFY that a true and correct copy of the foregoing was served by fax and U.S. mail to: Michael Dittoe, AUSA, U.S. Attorney's Office, 500 E. Broward Boulevard, Ft. Lauderdale, Florida, 33394 on this 28th day of November, 2000.

Respectfully submitted,

**LARRY R. HANDFIELD, ESQ.**
**Florida Bar No. 330590**
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011

