UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ____ D.C.
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

## ~~PROPOSED~~ ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission To Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Motion For Permission to Travel is **GRANTED**.

2. Defendant is permitted to travel to Tifton, Georgia, leaving Miami-Dade County, Florida on Saturday, December 2, 2000 and returning on Saturday, December 9, 2000.

**DONE AND ORDERED** in Open Court at Miami-Dade County, Florida on this 29th day of November, 2000.

_____
~~Magistrate~~ District Judge

cc:  Larry R. Handfield, Esq.
      Michael Dittoe, AUSA