UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

CHARLIE HALL,

    Defendant.

_____/

Case No. 6311-0275-Cr-Huck-Brown



### NOTICE OF PERMANENT APPEARANCE AS CO-COUNSEL FOR HALL

**COMES NOW** the undersigned counsel, Reemberto Diaz, Esq., and files this his Notice of Permanent Appearance on behalf of the Defendant, CHARLIE HALL. Counsel hereby states that his appearance is unconditional and in conformity with requirements of all applicable Federal and Local Rules of this District.

Counsel acknowledges responsibility to advise Defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the Defendant.

Fee disputes between counsel and client shall not be a basis for withdrawal from this representation.

Respectfully submitted,

REEMBERTO DIAZ, P.A.
Attorney for Defendant
25 South Miami Avenue
Miami, Florida 33130
Telephone: (305) 446-0001
Facsimile: (305) 662-4756

Reemberto Diaz, Esq

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/delivered to the Office of the United States Attorney at 99 Northeast 4th Street, Miami, Florida 33132, on this 4th day of December, 2000.

_____
COUNSEL

-2-