UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

### PROPOSED ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission To Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Motion For Permission to Travel is **GRANTED**.

2. Defendant is permitted to travel to Tifton, Georgia, leaving Miami-Dade County, Florida on Saturday, January 6, 2000 and returning on Saturday, January 13, 2000.

**DONE AND ORDERED** in Open Court at Miami-Dade County, Florida on this 28th day of December, 2000.

_____
District Court Judge

cc: Larry R. Handfield, Esq.
     Michael Dittoe, AUSA