UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

## MOTION FOR CONTINUANCE OF TRIAL

COMES NOW the Defendant, **CHARLIE HALL**, by and through his undersigned counsel and hereby moves this Court for a six (6) month continuance of the Trial in this cause from its presently scheduled date of January 15, 2001, to on or about June 18, 2001 and states the following as grounds thereof:

1. That Defendant was recently arraigned in this case and counsel received notice that a Trial date has been set for January 15, 2001 before this Honorable Court.

2. That the Indictment in this case sets forth forty-three (43) counts of alleged money laundering, conspiracy, RICO violations and forfeitures, and is thirty-seven (37) pages in length. There are nine (9) defendants, each of whom is named in various counts of the indictment covering a time period from 1985 until October, 2000. Trial in this matter is expected to last approximately two (2) to three (3) months.

3. That Defendant received the Government's initial response to standing discovery order on December 26, 2000. The undersigned has been

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A



      informed that additional discovery in this case consists of approximately eight (8) full banker's boxes of material.

4. That, to date, completed discovery has not been made available to the defense, therefore, undersigned counsel cannot appropriately review the discovery material, file the appropriate motions, conduct necessary investigation and adequately prepare for Trial in the short time allotted before the presently scheduled Trial date.

5. That the undersigned has contacted, Assistant U.S. Attorney, Michael Dittoe, and he does not oppose the granting of this motion.

6. That this motion is filed in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant requests a continuance of the Trial in this matter be **GRANTED**.

Respectfully submitted,

*[signature]*

**LARRY R. HANDFIELD, ESQ.**
**Florida Bar No. 330590**
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered on this 4<u>th</u> day of <u>January, 2001</u> to the following:

Michael Dittoe, AUSA
U.S. Attorney's Office
500 E. Broward Boulevard, 7th Floor
Ft. Lauderdale, Florida, 33394

Paul D. Lazarus, Esq.
800 Brickell Avenue
Suite PH2
Miami, Florida 33131

James D. Henderson, Esq.
12121 Wilshire Boulevard
Suite 1120
Los Angeles, CA 90022-1123

Donald I. Beirman, Esq.
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131-2944

William J. Cone, Esq.
514 S.E. 7th Street
Ft. Lauderdale, Florida 33301

Reemberto Diaz, Esq.
1435 S. Miami Avenue
Miami, Florida 33130

Martin R. Raskin, Esq.
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 206
Miami, Florida 33133-3703

Steve Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Florida 33134

Guy G. Spiegelman, Esq.
28 W. Flagler Street
Suite 400
Miami, Florida 33130

Bruce H. Lehr, Esq.
1401 Brickell Avenue
Suite 1040
Miami, Florida 33131