UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLIE HALL, et. al.,

       Defendant,
_____/

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

NOW COMES, the Defendant, **CHARLIE HALL**, and hereby files this Waiver of Speedy Trial and states the following grounds:

1. I realize that under 18 U.S.C. § 3161, I have a right to a speedy trial and public trial. However, because I feel that it is in my best interest, I hereby waive my right to a speedy trial.

2. I do this because I want my counsel to have sufficient time to prepare my defense in this case, and to handle other pre-trial matters. While my counsel has explained to me in detail that I have this right to a speedy trial, I feel that it is in my best interest to waive said right so that I can be adequately prepared to defend against these serious charges.

3. No one has coerced or threatened me to execute this waiver, and I do so freely and voluntarily and of my own free will.

Dated this 16th day of January, 2001.

                                                              **CHARLIE HALL**

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered on this 16th day of January, 2001 to the following:

Michael Dittoe, AUSA
U.S. Attorney's Office
500 E. Broward Boulevard, 7th Floor
Ft. Lauderdale, Florida, 33394

Paul D. Lazarus, Esq.
800 Brickell Avenue
Suite PH2
Miami, Florida 33131

James D. Henderson, Esq.
12121 Wilshire Boulevard
Suite 1120
Los Angeles, CA 90022-1123

Donald I. Beirman, Esq.
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131-2944

William J. Cone, Esq.
514 S.E. 7th Street
Ft. Lauderdale, Florida 33301

Reemberto Diaz, Esq.
1435 S. Miami Avenue
Miami, Florida 33130

Martin R. Raskin, Esq.
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 206
Miami, Florida 33133-3703

Steve Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Florida 33134

Guy G. Spiegelman, Esq.
28 W. Flagler Street
Suite 400
Miami, Florida 33130

Bruce H. Lehr, Esq.
1401 Brickell Avenue
Suite 1040
Miami, Florida 33131

Respectfully submitted,

_____
LARRY R. HANDFIELD, ESQ.
**Florida Bar No. 330590**
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011