CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ___
FEB 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

HONORABLE
PAUL C. HUCK

===============================================================

CASE NO. 00-6311-CR            DATE 2-6-2001

CLERK   Valerie Thompkins       REPORTER LARRY HERR

USPO _____   INTERPRETER_____

   UNITED STATES OF AMERICA  vs.  CLARENCE LARK et al.,

AUSA MICHAEL DITTOE            DEFENSE CSL. ALL COUNSEL OF RECORD

Defendant(s) Present____ Not Present XXX  In Custody_____

TYPE OF HEARING   SPECIAL STATUS CONFERENCE

RESULT OF HEARING   HEARING CANCELED

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____    Trial Date _____

Govt. Resp to P/T/Motions_____   Further S/C _____

Change of Plea  _____

