UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, **CHARLIE HALL**, by and through his undersigned attorney and hereby moves this Court for permission to travel outside the jurisdiction of Miami-Dade County and states the following as grounds thereof:

1. The Defendant is currently released on bond and is not permitted to travel outside of this jurisdiction without the permission of this Court.

2. The Defendant is requesting permission to travel to Bainbridge, Georgia to finish construction on the home of Charlie Thompson, located at 1122 Carter Street, Bainbridge, Georgia departing Miami-Dade County on Thursday, March 1, 2001 and returning on Sunday, March 11, 2001.

3. That the undersigned has contacted Michael Dittoe, AUSA and he does not oppose the granting of this motion.

WHEREFORE, the Defendant requests permission to travel outside the jurisdiction of Miami-Dade County to Bainbridge, Georgia.

**I, HEREBY CERTIFY** that a true and correct copy of the foregoing was served by fax and U.S. mail to: Michael Dittoe, AUSA, U.S. Attorney's Office, 500 E. Broward Boulevard, Ft. Lauderdale, Florida, 33394 on this 21st day of February, 2001.

Respectfully submitted,

_____
LARRY R. HANDFIELD, ESQ.
**Florida Bar No. 330590**
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011

NON-COMPLIANCE OF S.D. fla. L.R._____