UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

### ~~PROPOSED~~ ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission to Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Motion For Permission to Travel is **GRANTED**.

2. Defendant shall be permitted to travel to Bainbridge, Georgia, departing Miami-Dade County, Florida on March 1, 2001 and returning on March 11, 2001.

**DONE AND ORDERED** in Open Court at Miami-Dade County, Florida on this 28 day of February, 2001.

                                  **PAUL C. HUCK**
                                  **U.S. District Court Judge**

cc:    Larry R. Handfield, Esq.
        Reemberto Diaz, Esq.
        David Weinstein, AUSA

