00-6311.oc

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLIE HALL,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

This Cause is before the Court on Defendant Charlie Hall's Motion for Severance and for Relief From Prejudicial Joinder, Motion in Limine to Exclude Inadmissible 404(b) Evidence, and Motion to Suppress Evidence, all filed February 15, 2001. This Court having reviewed the motion and the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Within five (5) days of the date of this Order, Defendant shall show cause, in writing, why the above motions should not be stricken as untimely.

2. A courtesy copy of the above submission shall be delivered to the Chambers of the undersigned on or before the above date.

**DONE AND ORDERED** this 6th day of March, 2001 at Miami, Florida.

                            STEPHEN T. BROWN
                            U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attachment



Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.