UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Case No. **00-6311-Cr-Huck**

**CHARLIE HALL,**

    Defendant.
_____/

### DEFENDANT'S RESPONSE TO MAGISTRATE ORDER TO SHOW CAUSE

**COMES NOW** the Defendant, **CHARLIE HALL**, by and through his undersigned counsel and responds to the Magistrate's order to show cause entered **March 6, 2001** and received **March 8, 2001**, as follows:

1. As to Defendant's Motion to Suppress Statements mailed **February 12, 2001**, and received by the Court on **February 15, 2001**, that Motion is now moot in light of the Government's response and representation that it will not use Defendant's statements in its case in chief. Based on that representation, that Motion is withdrawn.

2. As to the other motions mailed and received by the Court on the same dates as the Motion to Suppress, the undersigned apologizes to the Court for his Office's failure to file the motions on **February 12, 2001.** His Office mistakenly mailed the motions instead of having them personally filed on that date. The delay in the preparation of these motions was the result of counsel's involvement in a trial in state court which lasted all of the month of January, 2001.

3. The office error was not intentional and not intended to cause any disruption in the Court's order and policy. Such an error will not occur again.

4. These pending motions are important to the Defendant, his rights to a fair trial hang in the outcome of these pre-trial motions and these rights should not be affected by his counsel's mistake in following a Court order. This is not suggest that no one should be blamed for this error,



as the undersigned is prepared to accept any penalty determined by the Court for his Office's mistake.

5. Penalizing the undersigned instead of the Defendant would best serve the interest of justice and the rights of the accused.

6. Again, the undersigned wishes to apologize for not having these motions personally filed on February 12, 2001.

**WHEREFORE**, based on the above and foregoing, the Defendant respectfully requests this Honorable Court to consider the motions on the merits and if necessary hold counsel accountable for the delay.

Respectfully submitted,

REEMBERTO DIAZ, P. A.
Attorney for Defendant
1435 South Miami Avenue
Miami, Florida 33130
Telephone: (305) 446-0001
Facsimile: (305) 662-4756

By _____
Reemberto Diaz, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/delivered to the Office of the United States Attorney at 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, and to all counsel of record on this 12th day of March, 2001.

_____
COUNSEL

-2-