00-6311.oi

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLIE HALL,

    Defendant.
_____/



### ORDER STRIKING MOTIONS

This Cause is before the Court on Defendant Charlie Hall's Motion for Severance and for Relief from Prejudicial Joinder, Motion in Limine to Exclude Inadmissible 404(b) Evidence, and Motion to Suppress, all filed February 15, 2001. This Court having reviewed the motions and the Defendant's Response to Magistrate Order to Show Cause dated March 14, 2001, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Defendant has failed to show good cause for the failure to timely file the motions and the motions are therefore **STRICKEN** as untimely.

**DONE AND ORDERED** this 14th day of March, 2001 at Miami, Florida.

                                          STEPHEN T. BROWN
                                          U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attachment



Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.