**MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

COURTROOM VIII   TIME: 10:00 a.m - 10:40 a.m   Interpreter:

FILED by SN D.C. APR 3 - 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

Case No. 00-6311-CR-PCH   Date 4/3/01

Clerk STEPHANIE A. LEE   Tape No./Court Reporter 01D-28-77C

Style: USA v. Clarence Lark, et al

Plaintiff(s) Attorney(s): AUSA Michael Dittoe, AUSA William Beckerleg, Darrin Sachs, S/A FBI

Defendant(s) Attorney(s): Don Bierman

Proceeding: Emergency Petition for Return of Seized Assets. Hrg held. Matter continued to Mon. April 9, 2001 @ 10:00 a.m.