|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLIE HALL,<br><br>    Defendant.<br>_____/ | CASE NO. 00-6311-CR-HUCK<br><br>NOTICE OF HEARING |



PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Wednesday, May 2, 2001, at 8:00 a.m., **PLEASE NOTE THE COURT WILL START EXACTLY AT 8:00 A.M. AND ALL PARTIES ARE TO BE ON TIME.** before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: April 26, 2001

CLARENCE MADDOX, CLERK

By: *Valerie Thompkins*
    Valerie Thompkins,
    Deputy Clerk

cc: Michael Dittoe, AUSA
    Larry Handfield, Esq.
    Reeberto Diaz, Esq.
    U.S. Probation Office
    Pre-Trial Services

**PLEASE NOTE THE COURT WILL START AT EXACTLY 8:00 A.M. ALL PARTIES ARE ORDER TO BE ON TIME.**