UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK(S)
18 U.S.C. 1956(h)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CHARLIE HALL, | ) |
| | ) |
| Defendant | ) |

FILED BY _____
01 MAY -2 PM 2:32
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1

(MONEY LAUNDERING CONSPIRACY)

1. From in or about 1995, up to and including October 31, 2000, in the Southern District of Florida, Broward County, and elsewhere, the defendant,

CHARLIE HALL

did knowingly conspire, confederate, and agree with Willie Jackson and with other persons known and unknown to the United States Attorney to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

2. It was the purpose and object of the conspiracy to knowingly and willfully conduct and attempt to conduct a financial

transaction affecting interstate and foreign commerce, that is the cashing of checks which involved the proceeds of specified unlawful activity, that is: the illegal importation of and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841, 846, 961 and 963, with the intent to conceal and disguise the nature, the source, the ownership and the control of the proceeds of the specified unlawful activities.

All in violation of Title 18, United States Code, Section 1956(h).

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
TERRENCE THOMPSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.  __00-6311-CR-HUCK(S)__

v.                                                   **CERTIFICATE OF TRIAL ATTORNEY***

CHARLIE HALL                         Superseding Case Information:

**Court Division:** (Select One)          New Defendant(s)    Yes ___  No _X_
                                                    Number of New Defendants ___
___ Miami   ___ Key West             Total number of counts  __1__
___ FTL  _X_ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect ___

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I     0 to  5 days       _X_          Petty          ___
   II    6 to 10 days       ___          Minor          ___
   III   11 to 20 days      ___          Misdem.        ___
   IV    21 to 60 days      ___          Felony         _X_
   V     61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Huck_                    Case No. _00-6311-Cr-Huck_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the ___   District of ___

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ Michael J. Dittoe
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
COURT ID# A5500209

*Penalty Sheet(s) attached                                            REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: __CHARLIE HALL__    No: __00-6311-Cr-HUCK(S)__

Count #: 1  18 U.S.C. 1956(h) Conspiracy to Launder Monetary Instruments

*Max. Penalty: Twenty (20) years' imprisonment and/or $500,000 fine and/or twice the value of the property involved in the transaction, whichever is greater

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96