AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       **WAIVER OF INDICTMENT**

v.                             CASE NUMBER: 00-6311-CR-Huck

CHARLIE HALL

I, CHARLIE HALL, the above named defendant, who is accused of Conspiracy to Launder Monetary Instruments, in violation of Title 18, United States Code, Section 1956(h), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/2/01 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Charlie Hall*
CHARLIE HALL
Defendant.

*[signature]*
LARRY HANDFIELD
Counsel for Defendant

Before *[signature]*
UNITED STATES MAGISTRATE JUDGE
DISTRICT