UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 0 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6311-CR-HUCK(S)

UNITED STATES OF AMERICA,

vs.

CHARLIE HALL
            Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ON BOND

Language: ENGLISH

The above-named Defendant appeared before **DISTRICT Judge PAUL C. HUCK** , where the Defendant was arraigned and a plea of guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address: ON BOND

                    Tel. No:_____

Defense Counsel:    Name    : LARRY HANDFIELD (AND) REEMBERTO DIAZ
                    Address:_____

                    Tel. No:_____

Bond Set/Continued:        $_____

Dated this __02__ day of _MAY_____, 2001.

                    CLARENCE MADDOX, COURT ADMINISTRATOR/CLERK

                    BY___VALERIE THOMPKINS_____
                           Deputy Clerk
                    COURT REPORTER: LARRY HERR

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO._____
DIGITAL START NO._____