UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR-Huck

UNITED STATES OF AMERICA

vs.

Charlie Hall

FILED by ___ D.C.

MAY 0 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### CHANGE OF PLEA

On 5-2-2001 the above named defendant appeared in person before the
Honorable Paul C Huck, United States District Judge/Magistrate, with
Larry Handfield (4) Heemberto Diaz, counsel appointed by the Court/retained by the
defendant, and said defendant stated in open court that he/she desired to withdraw the
plea of not guilty to Count(s) I , of the Indictment/Information

After the defendant was duly sworn, the Court made inquiry as to guilty. The
Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty
and found the defendant guilty as charged. Whereupon:

( )    The Court proceeded to pronounce sentence. (See J&C)

(✗)    The Court postponed sentencing until 8-21-2001
        O 8 30 Am .

(✗)    The defendant being allowed to remain on bond until sentencing.

( )    The defendant being remanded to the custody of the Marshal until a
        _____ bond in the amount of $_____
        is approved and posted.

( )    The defendant being remanded to the custody of the Marshal awaiting
        sentencing.

The U. S. Attorney announced Count(s) _____ would be
dismissed on the government's motion at sentencing.

Judge Paul C Huck

Reporter Larry Herr

Courtroom Deputy Valerie Thimple