UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

01 MAY 15 AM 10: 15

CLA...
CLERK ...    ...DOX
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, et al.

    Defendants

_____/

### SECOND SUPPLEMENTAL BRADY DISCLOSURE

Comes now the Unites States, and hereby files its second supplemental disclosure under Brady v. Maryland and its progeny.

When interviewed by law enforcement officers on March 29, 2000, Mary Peebles stated that she had a vague recollection of a transaction involving the outfitting of a vehicle for Star's choice. At the request of her attorney Ms. Peebles was granted used immunity, and she stated on May 15, 2000 that she was not aware that she had use immunity. The United States informed her that she was not a target or a subject of a criminal investigation. In an interview on June 28, 2000, Ms. Peebles stated that there was a third person present whom she described as a "big Afro-American" who never said anything and who was tall. She stated that she felt that he was not interested in the deal because he always stayed on the side, and was not involved