UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6311-CR-HUCK

FILED by _____ V _____ D.C.

MAY 16 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CHARLIE HALL,

       Defendant,

_____/

## PROPOSED ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission to Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1.    Defendant's Motion For Permission to Travel is **GRANTED**.

2.    Defendant shall be permitted to travel to Bainbridge, Georgia, departing Miami-Dade County, Florida on Saturday, May 19, 2001 and returning on Saturday, May 26, 2001.

**DONE AND ORDERED** in Open Court at Miami-Dade County, Florida on this _16_

day of <u>May</u>, <u>2001</u>.

_____
**PAUL C. HUCK**
**U.S. District Court Judge**

cc:   Larry R. Handfield, Esq.
      Reemberto Diaz, Esq.
      David Weinstein, AUSA

