**United States Government**
**MEMORANDUM**

**DATE:** June 28, 2001

**FROM:** Sara M. Garcia
U.S. Probation Officer

**SUBJECT:** **Request for Continuance of Sentencing Date**
**U.S. vs. Charlie Hall**
**Docket No. 00-6311-CR-HUCK**

**TO:** The Honorable Paul C. Huck
U.S. District Judge



FILED by _____ D.C.
JUN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This memorandum is to request a continuance in the sentencing date for the above named case. The defendant is currently scheduled to appear before Your Honor for sentencing on August 21, 2001.

The defendant pled guilty on May 2, 2001 to Count One of the Superceding Information, which charged him with money laundering, in violation of 18 U.S.C. § 1956. The probation officer assigned to write the offense conduct section for the entire conspiracy has requested a continuance to do so. Therefore, this probation officer is requesting a continuance until October 2, 2001 or later, in order to complete a thorough and accurate presentence investigation report and allow the attorneys sufficient time to submit objections, if necessary. The continuance is requested in order to allow time for the offense conduct section of the report to be written. Defense counsel and Assistant United States Attorney Michael Dittoe were contacted and neither objects to a continuance of the sentencing date.

Thank you for your consideration in this matter.

Respectfully submitted,
Sara M. Garcia

Approved ✓

Denied _____

_____
Paul C. Huck
U.S. District Judge

June 27, 2001
Date