UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                      **ORDER**

CHARLIE HALL,

    Defendant(s).

_____/

THIS CAUSE has come before the Court upon the Request of the United States Probation Officer Sara M. Garcia, Dated June 28, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Probations Request is **GRANTED**. The sentencing hearing is reset to **Friday, October 05, 2001 @ 8:30 a.m.,** at the Federal Justice Building, 99 NE 4th Street, 10th floor courtroom #6, Miami, Florida.

DONE AND ORDERED at Miami, Florida, this ____ day of June 2001.

                                                    _____
                                                    PAUL C. HUCK
                                                   UNITED STATES DISTRICT JUDGE

cc:    Michael Dittoe, AUSA
       Larry Handfield, Esq.
       Reemberto Diaz, Esq.
       U. S. Pretrial Services Office
       U. S. Probation Office

SCANNED