UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLIE HALL,

    Defendant,
_____/



FILED by _____ D.C.
JUL 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### PROPOSED ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission to Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Motion For Permission to Travel is **GRANTED**.

2. Defendant shall be permitted to travel to St. Petersburg, Florida, departing Miami-Dade County, Florida on Friday, July 27, 2001 and returning on Sunday, July 29, 2001.

**DONE AND ORDERED** in Open Court at Miami-Dade County, Florida on this 23 d day of July, 2001.

**PAUL C. HUCK**
**U.S. District Court Judge**

cc:  Larry R. Handfield, Esq.
     Reemberto Diaz, Esq.
     Michael Dittoe, AUSA

