UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX FILED

CASE NO.: 00-6311-CR-HUCK

AUG - 8 2001

UNITED STATES OF AMERICA,

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

    Plaintiff,

v.

CHARLIE HALL,

    Defendant,
_____/

### SUPPLEMENTAL RESPONSE TO GOVERNMENT'S MOTION IN OPPOSITION OF DEFENDANT'S MOTION TO VACATE GUILTY PLEA

COMES NOW, the Defendant, **CHARLIE HALL**, by and through his undersigned counsel and hereby files this Supplemental Response to Government's Motion in Opposition of Defendant's Motion to Vacate Guilty Plea and states the following in support thereof:

1. On or about May 2, 2001, Defendant entered a plea of guilty to Money Laundering in the above-styled.

2. A debriefing of the Defendant was held a few days before trial was to begin. Six (6) government agents, the Assistant U.S. Attorney, Michael Dittoe and myself were present. Government Agents debriefed the Defendant for two (2) hours and during the entire debriefing, the Defendant never admitted to knowingly participating in any criminal activity with Government witness Willie Jackson.

3. On the eve of Trial, the Government offered Defendant a plea to a lesser



charge of Money Laundering.

4. After the debriefing, the Government expressed concerns that the Defendant would not be able to make it through the plea colloquy, because he had always claimed to have no knowledge of the witness' criminal activities; and that the money he received from Willie Jackson was only fair compensation for the work he was hired to perform.

5. The Government indicated to defense counsel, that his client would have to admit guilt, for the Court to accept his plea.

6. Undersigned counsel then advised his client, Charlie Hall, that in order for the Court to accept the plea agreement, he would have to admit that he was guilty, even though he always maintained his innocence.

7. In support of the memorandum previously filed, a sworn affidavit of the Defendant, Charlie Hall, is filed simultaneously herewith.

I, HEREBY CERTIFY that a true and correct copy of the foregoing was served by fax and U.S. mail to: Michael Dittoe, AUSA, U.S. Attorney's Office, 500 E. Broward Boulevard, Ft. Lauderdale, Florida, 33394 on this 8th day of August, 2001.

Respectfully submitted,

LARRY R. HANDFIELD, ESQ.
Florida Bar No. 330590
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011

2