UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
AUG - 8 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           CASE NO. 00-6311-CR-HUCK

CHARLIE HALL,

    Defendant,
_____/

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF HIS
## MOTION TO WITHDRAW HIS GUILTY PLEA

STATE OF FLORIDA)
                )   SS
COUNTY OF DADE )

**BEFORE ME**, this day personally appeared, **CHARLIE HALL**, who being duly sworn, deposes and says that the following information is true and correct to his best knowledge and belief:

1. I have reviewed the Motion filed by my attorney Larry R. Handfield, Esq. seeking to set aside my guilty plea which was filed on July 16, 2001. The allegations contained therein are true and accurately reflect the events leading up to my guilty plea and the actual change of plea.

2. When I met with the prosecutors and at least six agents in the presence of my attorneys, I vehemently denied that I was involved in any drug dealings with Willie Jackson. I attempted to explain to them that while I accepted money from him in the past, that these monies represented payment for construction work I did for him.

3. I was not aware that he was dealing in drugs, in fact, I was told that he was a music promoter. I met and dealt with Mr. Jackson through his attorney.

4. I have always maintained that the Government's only witness against me, Mr. Willie Jackson, would not hesitate to give false testimony against me in an effort to reduce the sentence he is presently serving.

5. I am innocent of the crimes for which I have pled guilty. I never engaged in any money laundering with Mr. Jackson, and my guilty plea was prompted by fear that a jury would believe Mr. Jackson, rather that me because the Government stood behind his testimony.

*CHARLIE HALL*
*AFFIANT*

**SWORN TO AND SUBSCRIBED**, on this 5th day of August 2001, by **Charlie Hall**, who is personally know to me or had produced the following as identification _____.

NOTARY PUBLIC

My Commission Expires:

Kilsha N Bacon
My Commission CC911970
Expires February 20, 2004