UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6311-CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLIE HALL,

Defendant,
_____/



## PROPOSED ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission

to Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1.    Defendant's Motion For Permission to Travel is **GRANTED**.

2.    Defendant shall be permitted to travel to Bainbridge, Georgia, departing

Miami-Dade County, Florida on Saturday, September 1, 2001 and returning

on Saturday, September 8, 2001.

**DONE AND ORDERED** in Open Court at Miami-Dade County, Florida on this /

day of August, 2001.

_____
**PAUL C. HUCK**
**U.S. District Court Judge**

cc:    Larry R. Handfield, Esq.
       Reemberto Diaz, Esq.
       Michael Dittoe, AUSA