FILED by ___ D.C.
AUG 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO.00-6311-CR-HUCK

    Plaintiff,

vs.                                     NOTICE OF HEARING

CHARLIE HALL,

    Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for Oral Argument on the Defendants Motion to Vacate Guilty Plea, on Friday, August 31, 2001, at 4:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: August 24, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: Michael Dittoe, AUSA
    Larry Handfield, Esq.(via Telephone notice, fax, and mail)
    Reemberto Diaz, Esq.