FILED by _____ D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO.00-6311-CR-HUCK

       Plaintiff,

vs.                                 NOTICE OF HEARING

CHARLIE HALL,

       Defendant.
_____/

    PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for oral argument on Defendants Motion to Vacate Guilty Plea to Tuesday, September 18, 2001, at 5:00 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: September 06, 2001

                                  CLARENCE MADDOX, CLERK

                                  By: _____
                                     Valerie Thompkins,
                                     Deputy Clerk

cc:  Michael Dittoe, AUSA
     Larry Handfield, Esq.(via phone, fax, mail)
     U.S. Probation Office
     Pre-Trial Services