CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ✓ D.C.
SEP 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

HONORABLE _Paul C. Huck_

==================================================

CASE NO. _00-6311-CR_    DATE _9-18-2001_

CLERK    _Valerie Thompkins_    REPORTER _Bryan Dickstein_

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA vs. _Charlie Hall_

AUSA _Michael Dittoe_    DEFENSE CSL. _Larry Handfield_
_& Reemberto Diaz_

Defendant(s) Present _XX_ Not Present ____ In Custody ____

TYPE OF HEARING _Oral Argument on Motion Vacate Plea_

RESULT OF HEARING _Court held Argument on_
_the Defendant's motion to Vacate Guilty_
_Plea (DE #310)_
_Court takes motion under Advisement_
_and will rule by separate order._

==================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____    Trial Date _____

Govt. Resp to P/T/Motions _____    Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.