UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, **CHARLIE HALL**, by and through his undersigned attorney and hereby moves this Court for permission to travel outside the jurisdiction of Miami-Dade County and states the following as grounds thereof:

1. The Defendant is currently released on bond and is not permitted to travel outside of this jurisdiction without the permission of this Court.

2. The Defendant is requesting permission to travel to St. Petersburg, Florida, to meet with a family member regarding the construction of his new home, departing Miami-Dade County on Friday, October 26, 2001 and returning on Sunday, October 28, 2001.

3. That the undersigned has attempted to contact Michael Dittoe, AUSA, regarding his position on this motion, to no avail.

WHEREFORE, the Defendant requests permission to travel outside the jurisdiction of Miami-Dade County to St. Petersburg, Florida.

I, **HEREBY CERTIFY** that a true and correct copy of the foregoing was served by fax and U.S. mail to: Michael Dittoe, AUSA, U.S. Attorney's Office, 500 E. Broward Boulevard, Ft. Lauderdale, Florida, 33394 on this 4th day of October, 2001.

Respectfully submitted,

_____
**LARRY R. HANDFIELD, ESQ.**
**Florida Bar No. 330590**
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011

