UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLIE HALL,

    Defendant,
_____/



FILED by _____
OCT 11 2001
CLARENCE MADDOX
CLERK U.S. DIS
S. D. OF FLA

### PROPOSED ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission to Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Motion For Permission to Travel is **GRANTED**.

2. Defendant shall be permitted to travel to St. Petersburg, Florida, departing Miami-Dade County, Florida on Friday, October 26, 2001 and returning on Sunday, October 28, 2001.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida on this 10² day of October, 2001.

                                              **PAUL C. HUCK**
                                              **U.S. District Court Judge**

cc:    Larry R. Handfield, Esq.
        Reemberto Diaz, Esq.
        Michael Dittoe, AUSA
        U.S. Probation
        U.S. Pretrial