UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLIE HALL,

        Defendant,
_____/



## MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, **CHARLIE HALL**, by and through his undersigned counsel and hereby moves this Court for a continuance of the Sentencing in this cause and states the following as grounds thereof:

1. That Defendant is currently scheduled to be sentenced in the above-styled case on Thursday, December 13, 2001, before this Honorable Court.

2. That the Government filed a Motion For Continuance of Sentencing on November 27, 2001, requesting that the sentencing be re-set for a date after January 7, 2002, due to his overseas travel on government business.

3. That Defendant received a telephone call from Elvis, on December 7, 2001, stating that the new Sentencing date would be Monday, December 31, 2001.

4. That undersigned counsel will be on a previously planned vacation from December 24, 2001 through January 11, 2001, and will be unavailable for sentencing during that time.

5. That, prior to Elvis' telephone call, Defendant was contacted by Assistant U.S. Attorney, Michael Dittoe, and informed that his Motion had been

granted, and that the sentencing was being continued until January 31, 2002.

6. Furthermore, undersigned counsel has not received the Pre-Sentence Investigation Report (PSI) in this matter.

7. That Defendant expects to have objections to the PSI Report, once received, and needs sufficient time in which to prepare and file those objections.

8. That this motion is filed in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant requests a continuance of the Sentencing in this matter be **_GRANTED_**.

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail on this 10th day of December, 2001 to the following:

Michael Dittoe, AUSA
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, Florida, 33394

Respectfully submitted,

_/s/ Larry R. Handfield_
**LARRY R. HANDFIELD, ESQ.**
**Florida Bar No. 330590**
4770 Biscayne Boulevard
Suite 1200
Miami, Florida 33137
(305) 576-1011