UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6311-HUCK

FILED by _____ D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KEITH LAMPKIN,
JOHN GALLO,
CHARLIE HALL,

   Defendant.
_____/

### ORDER GRANTING CONTINUANCE OF SENTENCING

THIS MATTER came before the Court by virtue of the Government's motion for a continuance of the sentencing filed November 27, 2001. The motion is granted. In order to accommodate the parties the sentencing is reset for January 18, 2002 at 3:00 p.m.

DONE AND ORDERED in Chambers, Miami, Florida, this 13th day of December, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC:   Michael Dittoe
      Paul Mckenna, Esq.
      James Henderson, Esq.
      Larry Handfield, Esq.
      Pretrial
      Probation

