

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6311-CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLIE HALL,

Defendant,

_____/

## ~~PROPOSED~~ ORDER GRANTING MOTION FOR
## PERMISSION TO TRAVEL

**THIS CAUSE** having come on to be heard upon Defendant's Motion For Permission

to Travel and the Court having heard argument or being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that

1.    Defendant's Motion For Permission to Travel is **GRANTED**.

2.    Defendant shall be permitted to travel to St. Petersburg, Florida and

Fitzgerald, Georgia departing Miami-Dade County, Florida on Friday,

December 28, 2001 and returning on Wednesday, January 2, 2002.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida on this _26th_

day of <u>December</u>, <u>2001</u>.

_____
**PAUL C. HUCK**
**U.S. District Court Judge**

cc:    Larry R. Handfield, Esq.
       Reemberto Diaz, Esq.
       Michael Dittoe, AUSA