MIAMI, FLORIDA

FILED BY ___JC___ D.C.

2004 MAY 12 AM 8: 47

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6311CR-HUCK

COMES NOW JURISDICTION IS GIVEN TO THE COURT THROUGH 18 U.S.C. SECTION 3583 (e)(1) THAT A PERSON MAY HAVE HIS TERM OF SUPERVISED RELEASE MODIFIED OR TERMINATED AFTER SERVING TWELVE MONTHS OF THE SUPERVISED RELEASE IF THE COURT IS SATISFIED THAT SUCH ACTION WARRANTED BY THE CONDUCT OF THE PERSON RELEASED.

**STATEMENT OF THE FACTS**: I, CHARLIE HALL WAS SENTENCED TO FIVE (5) YEARS PROBATION ON JANUARY 18, 2002, AND AFTER APPROXIMATELY 26 MONTHS/AFTER THE ONE (1) YEAR TIME FRAME I AM FILING AN EX PARTE PETITION FOR TERMINATION OF THE SUPERVISED RELEASE PURSUANT TO 18 U.S.C. SECTION 3583 (e)(1).

THE MITIGATING INFORMATION THAT I WOULD LIKE THE COURT TO CONSIDER WOULD BE THE EXTENDED VOLUNTEER HOURS PROVIDED TO HABITAT OF MIAMI; MY TIRELESS SEVEN (7) DAY WORK WEEKS THAT I HAVE MANAGED TO MAINTAIN IN SPITE OF MY 71 YEARS TO FINANCIALLY SUPPORT MY AGING WIFE AND DISABLED DAUGHTER; MY SINCERE COOPERATION AND COMPLIANCE WITH ALL THE CONDITIONS IMPOSED DURING MY SENTENCING AND MY EXCEPTIONALLY GOOD BEHAVIOR WHILE ON SUPERVISION.

THEREFORE: I AM FILING THIS EX PARTE FOR ANY CONSIDERATION OF TERMINATION OF THE SUPERVISED RELEASE.

SIGNED _Charlie Hall_

DATE 5/7/04