PROB 35　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SD/FL PACTS No. 68247
(Rev 1/92)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT

CASE No. <u>1:00-6311-CR-HUCK</u>

UNITED STATES OF AMERICA

v.

**CHARLIE HALL**

FILED by ___ D.C.
JUN 0 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

On <u>January 18, 2000</u> the above named was placed on probation for a period of **five (5)** years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Stanley A. Branch
U. S. Probation Officer
Phone: (305) 808-6417

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___ day of _____, 2004.

United States District Judge